CLOSED, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:10–cv–09591–AKH

Allstate Insurance Company et al v. Countrywide Financial Corp. et al

Assigned to: Judge Alvin K. Hellerstein

Cause: 15:78m(a) Securities Exchange Act

Date Filed: 12/27/2010

Date Terminated: 06/14/2011

Jury Demand: Plaintiff

Nature of Suit: 850 Securities/Commodities

Jurisdiction: Federal Question

### Plaintiff

**Allstate Insurance Company**

represented by **Daniel Lawrence Brockett**
Quinn Emanuel Urquhart &Sullivan, LLP (NYC)
51 Madison Avenue
22nd floor
New York, NY 10010
(212) 849–7000
Fax: 212– 849– 7100
Email: danbrockett@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dyer Burnett**
Quinn Emanuel Urquhart &Sullivan, LLP (NYC)
51 Madison Avenue
New York, NY 10010
(212) 849–7305
Fax: (212) 849–7100
Email: daveburnett@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Marc Laurence Greenwald**
Quinn Emanuel Urquhart Oliver &Hedges LLP
51 Madison Avenue
New York, NY 10010
(212)8489–7000 x7140
Fax: (212)849–7100
Email: marcgreenwald@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Allstate Life Insurance Company**

represented by **Daniel Lawrence Brockett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dyer Burnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Laurence Greenwald**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allstate Life Insurance Company of New York**

*also known as*

Allstate Life Of New York

represented by **Daniel Lawrence Brockett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dyer Burnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Laurence Greenwald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Heritage Life Insurance Company**

represented by **Daniel Lawrence Brockett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Dyer Burnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Laurence Greenwald**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Countrywide Financial Corp.**

represented by **Brian C. Devine**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570–1794
Fax: (617) 523–1231
Email: bdevine@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
Goodwin Procter, LLP (Boston)
53 State Street,Exchange Place
Boston, MA 02109
(617) 570–8121
Fax: (617) 523–1231
Email: bpastuszenski@goodwinprocter.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Inez Friedman−Boyce**
Goodwin, Procter, L.L.P.
Exchange Place
53 State Street
Boston, MA 02109
(617) 570−1000
Fax: (617) 523−1231
Email: ifriedmanboyce@goodwinprocter.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Holland**
Goodwin Procter, LLP(NYC)
The New York Times Building, 620 Eighth
Avenue
New York, NY 10018−1405
(212) 813−8000
Fax: (212) 355−3333
Email: mholland@goodwinprocter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Home Loans, Inc.**                represented by   **Brian C. Devine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez Friedman−Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Holland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Countrywide Capital Markets, LLC**           represented by   **Brian C. Devine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez Friedman–Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Holland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Countrywide Securities Corp.                    represented by    **Brian C. Devine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian E. Pastuszenski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Inez Friedman–Boyce**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Holland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

CWalt, Inc.                    represented by    **Brian E. Pastuszenski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Holland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

CWabs, Inc.                    represented by    **Brian E. Pastuszenski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Holland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

CWheq, Inc.                    represented by    **Brian E. Pastuszenski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Holland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

CWmbs, Inc.  represented by **Brian E. Pastuszenski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Holland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Bank of America Corp.  represented by **Asher Louis Rivner**
O'Melveny &Myers LLP
7 Times Square
New York, NY 10036
(212) 326–2000
Fax: (212) 326–2061
Email: arivner@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jay Butwin**
O'Melveny &Myers, LLP(NYC)
7 Times Square
New York, NY 10036
212–408–2424
Fax: 212–000–0000
Email: bbutwin@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Rosenberg**
O'Melveny &Myers LLP
7 Times Square
New York, NY 10036
212–326–2000
Fax: 212–326–2061
Email: jrosenberg@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Sushon**
O'Melveny &Myers, LLP(NYC)
7 Times Square
New York, NY 10036
212 728–5693
Fax: 212 218 9693
Email: wsushon@omm.com
*LEAD ATTORNEY*

**<u>Defendant</u>**

**BAC Home Loans Servicing, LP**                 represented by   **Asher Louis Rivner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jay Butwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Sushon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**NB Holdings Corp.**                 represented by   **Asher Louis Rivner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jay Butwin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Joseph Sushon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Angelo Mozilo**                 represented by   **Julie Michelle Davis**
Irell &Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
949–760–5221
Fax: 949–760–5200
Email: jdavis@irell.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Allison Lauren Libeu**
Irell &Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(949)–760–5287
Fax: (949)–760–5200
Email: alibeu@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alvin Matthew Ashley**
Irell &Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(949) 760–0991
Fax: (949) 760–5200
Email: mashley@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bendetto L. Balding**
Irell &Manella LLP (Los Angeles)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277–1010
Fax: (310) 203–7199
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Siegel**
Irell &Manella, L.L.P.
1800 Avenue of the Stars
Los Angeles, CA 90067
(310) 277–1010
Fax: (310)–203–7199
Email: dsiegel@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Holly Gershow**
Irell &Manella LLP (Los Angeles)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 203–7062
Fax: (310) 277–1010
Email: hgershow@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald P. Fischetti**
Ronald P. Fischetti,
747 Third Avenue, 32nd Floor
New York, NY 10017

(212) 593–7100
Fax: (212)–758–2809
Email: rfischetti@aol.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Sambol**                                      represented by   **Frank Michael Scaduto**
Orrick, Herrington &Sutcliffe LLP (San
Francisco)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415)–773–5457
Fax: (415)–773–5759
Email: fscaduto@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Torpey**
Orrick, Herrington &Sutcliffe LLP (San
Francisco)
The Orrick Building
405 Howard Street
San Francisco, CA 94105
(415)–773–5700
Fax: (415)–773–5759
Email: mtorpey@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael C. Tu**
Orrick, Herrington &Sutcliffe LLP (Los Angeles)
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
(213) 612–2433
Fax: (612) 612–2499
Email: mtu@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Teodora E. Manolova**
Orrick, Herrington &Sufcliffe LLP
777 South Figueroa st Suite 3200
Los Angeles, CA 90017
213–612–2454
Fax: 213–612–2499
Email: tmanolova@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eric Sieracki**                                      represented by   **Keara M. Gordon**

DLA Piper US LLP (NY)
1251 Avenue of the Americas
New York, NY 10020
(212)–335–4632
Fax: (212)–884–8632
Email: keara.gordon@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Allen Priebe**
DLA Piper
2000 University Avenue
Palo Alto, CA 94303–3340
(650) 833–2000
Fax: (650) 833–2001
Email: david.priebe@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Shirli Fabbri Weiss**
DLA Piper, US LLP
401 B Street
Suite 1700
San Diego, CA 92101–4297
(619) 699–3650
Fax: (619) 699–2701
Email: shirli.weiss@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ranjit Kripalani**                     represented by  **Joshua Garrett Hamilton**
Paul, Hastings, Janofsky &Walker LLP
515 South Flower Street 25th Floor
Los Angeles, CA 90071
(213) 683–6186
Fax: (213) 627–0705
Email: joshuahamilton@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Y Cho**
Paul, Hastings, Janofsky &Walker LLP (CA)
515 S. Flower Street
25th Floor
Los Angeles, CA 90071
(213) 683–6119
Fax: (213) 627–0705
Email: petercho@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William F. Sullivan**
Paul, Hastings, Janofsky &Walker LLP (CA)
515 S. Flower Street
25th Floor

Los Angeles, CA 90071
(213) 683–6252
Fax: (213)–627–0705
Email: williamsullivan@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stanford Kurland**                    represented by **Christopher G. Caldwell**
Caldwell, Leslie &Proctor PC
1000 Wilshire Blvd, Suite 600
Los Angeles, CA 90017
(213)–629–9040
Fax: (213)–629–9022
Email: caldwell@caldwell–leslie.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David C. Codell**
Caldwell Leslie &Proctor, P.e.
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017
(213)–629–9040
Fax: (213)–629–9022
Email: codell@caldwell–leslie.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David A. Spector**                    represented by **Leiv Blad**
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006
(202)–373–6564
Fax: (202)–373–6001
Email: leiv.blad@bingham.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zarema V. Arutyunova**
Bingham McCutchen, LLP (DC)
2020 K Street, NW
Washington, DC 20006–1806
202–373–6000
Fax: 202–373–6001
Email: zarema.arutyunova@bingham.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joshua N. Adler**

**Defendant**

**Jennifer Sandefur**                          represented by   **Joshua Garrett Hamilton**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Y Cho**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William F. Sullivan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**N. Joshua Adler**                          represented by   **Brian E. Pastuszenski**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Holland**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2010 | Ï 1 | COMPLAINT against Joshua N. Adler, BAC Home Loans Servicing, LP, Bank of America Corp., CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp., Ranjit Kripalani, Stanford Kurland, Angelo Mozilo, NB Holdings Corp., David Sambol, Jennifer Sandefur, Eric Sieracki, David A. Spector. (Filing Fee $ 350.00, Receipt Number 924568)Document filed by Allstate Insurance Company, Allstate Life Insurance Company of New York, American Heritage Life Insurance Company, Allstate Life Insurance Company.(ama) (ama). (Additional attachment(s) added on 12/29/2010: #_1 Exhibits Part 1, #_2 Exhibits Part 2) (ama). (Additional attachment(s) added on 12/29/2010: #_3 Complaint) (ama). (Entered: 12/28/2010) |
| 12/27/2010 | Ï | SUMMONS ISSUED as to Joshua N. Adler, BAC Home Loans Servicing, LP, Bank of America Corp., CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp., Ranjit Kripalani, Stanford Kurland, Angelo Mozilo, NB Holdings Corp., David Sambol, Jennifer Sandefur, Eric Sieracki, David A. Spector. (ama) (Entered: 12/28/2010) |
| 12/27/2010 | Ï | Magistrate Judge Frank Maas is so designated. (ama) (Entered: 12/28/2010) |
| 12/27/2010 | Ï | Case Designated ECF. (ama) (Entered: 12/28/2010) |
| 12/27/2010 | Ï 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Allstate Insurance Holdings, LLC; The Allstate Corporation; Allstate Insurance Company; Allstate Life Insurance Company; American Heritage Life Investment Corporation; The Allstate Corporation as Corporate Parent. Document filed by Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, American Heritage Life Insurance Company.(ama) (Entered: 12/28/2010) |

| | | |
|---|---|---|
| 12/29/2010 | Ï | ***NOTE TO ATTORNEY TO E−MAIL PDF. Note to Attorney Daniel Lawrence Brockett for noncompliance with Section (14.3) of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E−MAIL the PDF for Document 1 Complaint,, to: case_openings@nysd.uscourts.gov. (rdz) (Entered: 12/29/2010) |
| 01/24/2011 | Ï 3 | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT: 1. The time for the Stipulating Defendants to answer, move, or otherwise respond to the Complaint is extended to and includes March 18, 2011. 2. Plaintiffs shall file and serve their opposition to any motion(s) to dismiss by April 27, 2011. 3. The Stipulating Defendants shall file and serve any reply papers in support of their motion(s) to dismiss by May 20, 2011. Joshua N. Adler answer due 3/18/2011; BAC Home Loans Servicing, LP answer due 3/18/2011; Bank of America Corp. answer due 3/18/2011; CWabs, Inc. answer due 3/18/2011; CWalt, Inc. answer due 3/18/2011; CWheq, Inc. answer due 3/18/2011; CWmbs, Inc. answer due 3/18/2011; Countrywide Capital Markets, LLC answer due 3/18/2011; Countrywide Financial Corp. answer due 3/18/2011; Countrywide Home Loans, Inc. answer due 3/18/2011; Countrywide Securities Corp. answer due 3/18/2011; Ranjit Kripalani answer due 3/18/2011; Stanford Kurland answer due 3/18/2011; Angelo Mozilo answer due 3/18/2011; NB Holdings Corp. answer due 3/18/2011; David Sambol answer due 3/18/2011; Jennifer Sandefur answer due 3/18/2011; Eric Sieracki answer due 3/18/2011; David A. Spector answer due 3/18/2011. (Motions due by 3/18/2011. Responses due by 4/27/2011. Replies due by 5/20/2011.) (Signed by Judge Alvin K. Hellerstein on 1/24/11) (db) (Entered: 01/24/2011) |
| 01/26/2011 | Ï 4 | STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT DAVID A. SPECTOR TO EXTEND TIME TO RESPOND TO COMPLAINT: The time for Defendant David A. Spector to answer, move, or otherwise respond to the Complaint is extended to and includes March 18, 2011. Plaintiffs shall file and serve their opposition to any motion{s} to dismiss by April 27, 2011. Defendant David A. Spector shall file and serve any reply papers in support of their motion{s} to dismiss by May 20, 2011. (Signed by Judge Alvin K. Hellerstein on 1/26/2011) (jpo) (Entered: 01/26/2011) |
| 02/03/2011 | Ï 5 | NOTICE OF APPEARANCE by Mark Holland on behalf of CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp., N. Joshua Adler (Holland, Mark) (Entered: 02/03/2011) |
| 02/03/2011 | Ï 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Bank of America Corporation as Corporate Parent. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp..(Holland, Mark) (Entered: 02/03/2011) |
| 02/03/2011 | Ï 7 | MOTION to Change Venue. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp..(Holland, Mark) (Entered: 02/03/2011) |
| 02/03/2011 | Ï 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Change Venue.. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Holland, Mark) (Entered: 02/03/2011) |
| 02/03/2011 | Ï 9 | DECLARATION of Mark Holland in Support re: 7 MOTION to Change Venue.. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D (Part I of II), # 5 Exhibit D (Part II of II), # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # |

| | | |
|---|---|---|
| | | 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Declaration of Paul T. Liu)(Holland, Mark) (Entered: 02/03/2011) |
| 02/03/2011 | Ï 10 | MOTION for Extension of Time *to Respond to the Complaint Pending this Court's Decision on the Motion to Transfer Venue*. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp..(Holland, Mark) (Entered: 02/03/2011) |
| 02/03/2011 | Ï 11 | MEMORANDUM OF LAW in Support re: 10 MOTION for Extension of Time *to Respond to the Complaint Pending this Court's Decision on the Motion to Transfer Venue*.. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Holland, Mark) (Entered: 02/03/2011) |
| 02/04/2011 | Ï 13 | MOTION for David C. Codell to Appear Pro Hac Vice. Document filed by Stanford Kurland.(mro) (Entered: 02/08/2011) |
| 02/04/2011 | Ï 14 | MOTION for Christopher G. Caldwell to Appear Pro Hac Vice. Document filed by Stanford Kurland.(mro) (Main Document 14 replaced on 2/8/2011) (ae). (Entered: 02/08/2011) |
| 02/08/2011 | Ï 12 | NOTICE OF APPEARANCE by Mark Holland on behalf of N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp. (Holland, Mark) (Entered: 02/08/2011) |
| 02/09/2011 | Ï 15 | MOTION for Brian E. Pastuszenski, Ines H. Friedman−Boyce and Brian C. Devine to Appear Pro Hac Vice. Document filed by Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.(mro) (Entered: 02/15/2011) |
| 02/10/2011 | Ï | CASHIERS OFFICE REMARK on 14 Motion to Appear Pro Hac Vice, 13 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 02/04/2011, Receipt Number 928686. (jd) (Entered: 02/10/2011) |
| 02/16/2011 | Ï 16 | NOTICE OF APPEARANCE by Frank Michael Scaduto on behalf of David Sambol (Attachments: # 1 Declaration of Service)(Scaduto, Frank) (Entered: 02/16/2011) |
| 02/16/2011 | Ï 17 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION granting 13 Motion for David C. Codell to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 2/16/2011) (rjm) (Entered: 02/16/2011) |
| 02/16/2011 | Ï 18 | ORDER ADMITTING COUNSEL PRO HAC VICE. ORDERED that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Brian E. Pastuszenski, Esq., Inez H. Friedman−Boyce, Esq., and Brian C. Devine, Esq. are hereby admitted pro hac vice to the Bar of this Court for the purpose of representing Defendants Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Capital Markets, LLC, and Countrywide Securities Corp. in the above−captioned proceeding. ENDORSEMENT: So ordered. Granting 15 Motion for Brian E. Pastuszenski, Inez H. Friedman−Boyce, and Brian C. Devine to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 2/16/2011) (rjm) (Entered: 02/16/2011) |
| 02/16/2011 | Ï 19 | ORDER granting 14 Motion for Christopher G. Caldwell to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 2/16/2011) (laq) (Entered: 02/16/2011) |
| 02/17/2011 | Ï 20 | MEMORANDUM OF LAW in Opposition re: 10 MOTION for Extension of Time *to Respond to the Complaint Pending this Court's Decision on the Motion to Transfer Venue*., 7 MOTION to |

| | | |
|---|---|---|
| | | Change Venue.. Document filed by Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, American Heritage Life Insurance Company. (Greenwald, Marc) (Entered: 02/17/2011) |
| 02/17/2011 | Ї 21 | DECLARATION of Marc L. Greenwald in Opposition re: 10 MOTION for Extension of Time *to Respond to the Complaint Pending this Court's Decision on the Motion to Transfer Venue.*, 7 MOTION to Change Venue.. Document filed by Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, American Heritage Life Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 part 1, # 6 Exhibit 5 part 2, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8 part 1, # 10 Exhibit 8 part 2, # 11 Exhibit 8 part 3, # 12 Exhibit 9 part 1, # 13 Exhibit 9 part 2, # 14 Exhibit 10, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16 part 1, # 21 Exhibit 16 part 2, # 22 Exhibit 16 part 3, # 23 Exhibit 17, # 24 Exhibit 18, # 25 Exhibit 19, # 26 Exhibit 20, # 27 Exhibit 21 part 1, # 28 Exhibit 21 part 2, # 29 Exhibit 22, # 30 Exhibit 23)(Greenwald, Marc) (Entered: 02/17/2011) |
| 02/17/2011 | Ї 22 | MOTION for Teodora Manolova to Appear Pro Hac Vice. Document filed by David Sambol.(mro) (Entered: 02/22/2011) |
| 02/17/2011 | Ї 23 | MOTION for Michael C. Tu to Appear Pro Hac Vice. Document filed by David Sambol.(mro) (Entered: 02/22/2011) |
| 02/23/2011 | Ї 24 | JOINDER to join re: 10 MOTION for Extension of Time *to Respond to the Complaint Pending this Court's Decision on the Motion to Transfer Venue.*, 7 MOTION to Change Venue.. Document filed by Ranjit Kripalani, Stanford Kurland, Angelo Mozilo, David Sambol, Jennifer Sandefur, Eric Sieracki, David A. Spector.(Scaduto, Frank) (Entered: 02/23/2011) |
| 02/23/2011 | Ї 25 | CERTIFICATE OF SERVICE of Joinder served on Jonathan Rosenberg on 02/23/11. Service was made by Mail. Document filed by Ranjit Kripalani, Stanford Kurland, Angelo Mozilo, David Sambol, Jennifer Sandefur, Eric Sieracki, David A. Spector. (Scaduto, Frank) (Entered: 02/23/2011) |
| 02/23/2011 | Ї 26 | NOTICE OF APPEARANCE by Julie Michelle Davis on behalf of Angelo Mozilo (Davis, Julie) (Entered: 02/23/2011) |
| 02/24/2011 | Ї 27 | ORDER FOR ADMISSION PRO HAC VICE OF MICHAEL C. TU. ORDER granting 23 Motion for Michael C. Tu to Appear Pro Hac Vice for defendant David Sambol. (Signed by Judge Alvin K. Hellerstein on 2/24/11) (db) (Entered: 02/24/2011) |
| 02/24/2011 | Ї 28 | ORDER FOR ADMISSION PRO HAC VICE OF TEODORA MANOLOVA. ORDER granting 22 Motion for Teodora Manolova to Appear Pro Hac Vice for defendant David Sambol. (Signed by Judge Alvin K. Hellerstein on 2/24/11) (db) (Entered: 02/24/2011) |
| 02/24/2011 | Ї 29 | NOTICE OF APPEARANCE by Jonathan Rosenberg on behalf of BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp. (Rosenberg, Jonathan) (Entered: 02/24/2011) |
| 02/24/2011 | Ї 30 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Document filed by BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp..(Rosenberg, Jonathan) (Entered: 02/24/2011) |
| 02/24/2011 | Ї 31 | JOINDER to join re: 7 MOTION to Change Venue.. Document filed by BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp..(Rosenberg, Jonathan) (Entered: 02/24/2011) |
| 02/24/2011 | Ї 32 | NOTICE OF APPEARANCE by Bradley Jay Butwin on behalf of BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp. (Butwin, Bradley) (Entered: 02/24/2011) |
| 02/24/2011 | Ї 33 | |

| | | NOTICE OF APPEARANCE by William Joseph Sushon on behalf of BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp. (Sushon, William) (Entered: 02/24/2011) |
|---|---|---|
| 02/24/2011 | Ï 34 | NOTICE OF APPEARANCE by Asher Louis Rivner on behalf of BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp. (Rivner, Asher) (Entered: 02/24/2011) |
| 02/24/2011 | Ï 35 | REPLY MEMORANDUM OF LAW in Support re: 7 MOTION to Change Venue.. Document filed by Joshua N. Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Holland, Mark) (Entered: 02/24/2011) |
| 02/24/2011 | Ï 36 | DECLARATION of Mark Holland in Support re: 35 Reply Memorandum of Law in Support of Motion,. Document filed by Joshua N. Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: # 1 Exhibit A – Part 1, # 2 Exhibit A –Part 2, # 3 Exhibit A – Part 3, # 4 Exhibit A – Part 4, # 5 Exhibit B, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G – Part 1, # 11 Exhibit G – Part 2)(Holland, Mark) (Entered: 02/24/2011) |
| 02/24/2011 | Ï 37 | DECLARATION of Paul T. Liu in Support re: 35 Reply Memorandum of Law in Support of Motion,. Document filed by CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Holland, Mark) (Entered: 02/24/2011) |
| 02/24/2011 | Ï 38 | REPLY MEMORANDUM OF LAW in Support re: 10 MOTION for Extension of Time *to Respond to the Complaint Pending this Court's Decision on the Motion to Transfer Venue*.. Document filed by Joshua N. Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Holland, Mark) (Entered: 02/24/2011) |
| 02/25/2011 | Ï | CASHIERS OFFICE REMARK on 15 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 02/09/2011, Receipt Number 928844. (jd) (Entered: 02/25/2011) |
| 02/25/2011 | Ï | CASHIERS OFFICE REMARK on 23 Motion to Appear Pro Hac Vice, 22 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 02/17/2011, Receipt Number 929911. (jd) (Entered: 02/25/2011) |
| 02/25/2011 | Ï 39 | MOTION for Michael D. Torpey to Appear Pro Hac Vice. Document filed by David Sambol.(mbe) (Entered: 03/01/2011) |
| 03/04/2011 | Ï 40 | ORDER FOR ADMISSION PRO HAC VICE OF MICHAEL D. TORPEY granting 39 Motion for Michael D. Torpey to Appear Pro Hac Vice of Defendant David Sambol. Counsel shall forward the pro hac vice fee to the Clerk of the Court. (Signed by Judge Alvin K. Hellerstein on 3/4/11) (djc) (Entered: 03/04/2011) |
| 03/04/2011 | Ï 41 | MEMO ENDORSEMENT ON 10 Motion for Extension of Time. ENDORSEMENT: Motion denied. A motion or answer is necessary regardless of which Court entertains the litigation. SO ORDERED. (Signed by Judge Alvin K. Hellerstein on 3/4/2011) (lnl) (Entered: 03/04/2011) |
| 03/04/2011 | Ï 42 | MOTION for Alvin Matthew Ashley to Appear Pro Hac Vice. Document filed by Angelo Mozilo.(mro) (Entered: 03/08/2011) |
| 03/04/2011 | Ï 43 | MOTION for David Siegel to Appear Pro Hac Vice. Document filed by Angelo Mozilo.(mro) (Entered: 03/08/2011) |
| 03/04/2011 | Ï 44 | MOTION for Benedetto L. Balding to Appear Pro Hac Vice. Document filed by Angelo Mozilo.(mro) (Entered: 03/08/2011) |

| 03/04/2011 | Ï 45 | MOTION for Holly Gershow to Appear Pro Hac Vice. Document filed by Angelo Mozilo.(mro) (Entered: 03/08/2011) |
|---|---|---|
| 03/04/2011 | Ï 46 | MOTION for Allison L. Libeu to Appear Pro Hac Vice. Document filed by Angelo Mozilo.(mro) (Entered: 03/08/2011) |
| 03/09/2011 | Ï 47 | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT: 1. Defendants shall answer, move against, or otherwise respond to the Complaint on or before March 30, 2011; 2. Plaintiffs shall file and serve any opposition to any motions to dismiss on or before May 9, 2011; 3. Any reply papers filed in support of any motions to dismiss filed by Defendants shall be filed and served by Defendants on or before June 1, 2011. Joshua N. Adler answer due 3/30/2011; BAC Home Loans Servicing, LP answer due 3/30/2011; Bank of America Corp. answer due 3/30/2011; CWabs, Inc. answer due 3/30/2011; CWalt, Inc. answer due 3/30/2011; CWheq, Inc. answer due 3/30/2011; CWmbs, Inc. answer due 3/30/2011; Countrywide Capital Markets, LLC answer due 3/30/2011; Countrywide Financial Corp. answer due 3/30/2011; Countrywide Home Loans, Inc. answer due 3/30/2011; Countrywide Securities Corp. answer due 3/30/2011; Ranjit Kripalani answer due 3/30/2011; Stanford Kurland answer due 3/30/2011; Angelo Mozilo answer due 3/30/2011; NB Holdings Corp. answer due 3/30/2011; David Sambol answer due 3/30/2011; Jennifer Sandefur answer due 3/30/2011; Eric Sieracki answer due 3/30/2011; David A. Spector answer due 3/30/2011. (See STIPULATION as set forth) (Signed by Judge Alvin K. Hellerstein on 3/9/2011) (lnl) (Entered: 03/09/2011) |
| 03/11/2011 | Ï | CASHIERS OFFICE REMARK on 39 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 02/25/2011, Receipt Number 930667. (jd) (Entered: 03/11/2011) |
| 03/11/2011 | Ï | CASHIERS OFFICE REMARK on 42 Motion to Appear Pro Hac Vice, 43 Motion to Appear Pro Hac Vice, 44 Motion to Appear Pro Hac Vice, 46 Motion to Appear Pro Hac Vice, 45 Motion to Appear Pro Hac Vice in the amount of $125.00, paid on 03/04/2011, Receipt Number 931037. (jd) (Entered: 03/11/2011) |
| 03/11/2011 | Ï 48 | ORDER granting 43 Motion for David Siegel to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 3/11/11) (laq) (Entered: 03/11/2011) |
| 03/11/2011 | Ï 49 | ORDER granting 42 Motion for Alvin Matthew Ashley to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 3/11/11) (laq) (Entered: 03/11/2011) |
| 03/11/2011 | Ï 50 | ORDER granting 44 Motion for Benedetto L. Balding to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 3/11/11) (laq) (Entered: 03/11/2011) |
| 03/11/2011 | Ï 51 | ORDER granting 45 Motion for Holly Gershow to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 3/11/2011) (laq) (Entered: 03/11/2011) |
| 03/11/2011 | Ï 52 | ORDER granting 46 Motion for Allison L. Libeu to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 3/11/11) (laq) (Entered: 03/11/2011) |
| 03/11/2011 | Ï 54 | MOTION for Joshua G. Hamilton to Appear Pro Hac Vice. Document filed by Ranjit Kripalani, Jennifer Sandefur, (mbe) Modified on 3/18/2011 (mbe). (Entered: 03/15/2011) |
| 03/11/2011 | Ï 58 | MOTION for William F. Sullivan to Appear Pro Hac Vice. Document filed by Ranjit Kripalani, Jennifer Sandefur.(mbe) (Entered: 03/18/2011) |
| 03/14/2011 | Ï 53 | NOTICE OF APPEARANCE by Keara M. Gordon on behalf of Eric Sieracki (Gordon, Keara) (Entered: 03/14/2011) |
| 03/17/2011 | Ï 55 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. Granting 54 Motion for Joshua G. Hamilton to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 3/17/2011) (rjm) (Entered: 03/17/2011) |

| 03/17/2011 | Ï 56 | NOTICE OF APPEARANCE by Allison Lauren Libeu on behalf of Angelo Mozilo (Libeu, Allison) (Entered: 03/17/2011) |
|---|---|---|
| 03/17/2011 | Ï 57 | NOTICE OF APPEARANCE by Alvin Matthew Ashley on behalf of Angelo Mozilo (Ashley, Alvin) (Entered: 03/17/2011) |
| 03/18/2011 | Ï 59 | MOTION for Peter Y. Cho to Appear Pro Hac Vice. Document filed by Ranjit Kripalani, Jennifer Sandefur.(mbe) (Entered: 03/18/2011) |
| 03/21/2011 | Ï 60 | NOTICE OF APPEARANCE by Ronald P. Fischetti on behalf of Angelo Mozilo (Fischetti, Ronald) (Entered: 03/21/2011) |
| 03/21/2011 | Ï 61 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: granting 58 Motion for William F. Sullivan to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 3/21/2011) (jfe) (Entered: 03/21/2011) |
| 03/21/2011 | Ï 62 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: granting 59 Motion for Peter Y. Cho to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 3/21/2011) (jfe) (Entered: 03/21/2011) |
| 03/22/2011 | Ï 63 | MOTION for David Priebe and Shirli Fabbri to Appear Pro Hac Vice. Document filed by Eric Sieracki.(mbe) (mbe). Modified on 3/28/2011 (mbe). (Entered: 03/24/2011) |
| 03/25/2011 | Ï | CASHIERS OFFICE REMARK on 59 Motion to Appear Pro Hac Vice, 54 Motion to Appear Pro Hac Vice, 58 Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 03/11/2011, Receipt Number 931748. (jd) (Entered: 03/25/2011) |
| 03/28/2011 | Ï 64 | PRO HAC VICE ORDER, granting 63 Motion for Shirli Fabbri Weiss to Appear Pro Hac Vice. (Signed by Judge Alvin K. Hellerstein on 3/28/11) (djc) (Entered: 03/28/2011) |
| 03/28/2011 | Ï 91 | PRO HAC VICE ORDER, that the admission of David Priebe Pro Hac Vice is granted. (Signed by Judge Alvin K. Hellerstein on 3/28/2011) (ae) (Entered: 04/06/2011) |
| 03/29/2011 | Ï | CASHIERS OFFICE REMARK on 63 Motion to Appear Pro Hac Vice in the amount of $50.00, paid on 03/22/2011, Receipt Number 932928. (jd) (Entered: 03/29/2011) |
| 03/30/2011 | Ï 65 | NOTICE OF APPEARANCE by Zarema V. Arutyunova on behalf of David A. Spector (Arutyunova, Zarema) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 66 | MOTION to Dismiss *Plaintiffs' Complaint*. Document filed by Angelo Mozilo.(Fischetti, Ronald) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 67 | FILING ERROR – DEFICIENT DOCKET ENTRY/DUPLICATE DOCKET ENTRY – MOTION to Dismiss *Plaintiffs' Complaint*. Document filed by Angelo Mozilo. (Attachments: # 1 Affidavit Declaration of Ronald P. Fischetti in Support of Motion, # 2 Exhibit Exhibit A to Fischetti Declaration, # 3 Exhibit Exhibit B to Fischetti Declaration)(Fischetti, Ronald) Modified on 3/31/2011 (ldi). (Entered: 03/30/2011) |
| 03/30/2011 | Ï 68 | FILING ERROR – DEFICIENT DOCKET ENTRY – MEMORANDUM OF LAW in Support re: 67 MOTION to Dismiss *Plaintiffs' Complaint*. Document filed by Angelo Mozilo. (Fischetti, Ronald) Modified on 3/31/2011 (ldi). (Entered: 03/30/2011) |
| 03/30/2011 | Ï 69 | MOTION to Dismiss *NOTICE OF MOTION AND MOTION BY DEFENDANT STANFORD KURLAND TO DISMISS THE SIXTH CAUSE OF ACTION*. Document filed by Stanford Kurland. Responses due by 5/9/2011 Return Date set for 6/1/2011 at 11:59 PM.(Codell, David) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 70 | MEMORANDUM OF LAW in Support re: 69 MOTION to Dismiss *NOTICE OF MOTION* |

| | | |
|---|---|---|
| | | *AND MOTION BY DEFENDANT STANFORD KURLAND TO DISMISS THE SIXTH CAUSE OF ACTION.*. Document filed by Stanford Kurland. (Codell, David) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 71 | DECLARATION of David C. Codell in Support re: 69 MOTION to Dismiss *NOTICE OF MOTION AND MOTION BY DEFENDANT STANFORD KURLAND TO DISMISS THE SIXTH CAUSE OF ACTION.*. Document filed by Stanford Kurland. (Attachments: # 1 Exhibit A to Declaration of David C. Codell in Support of Motion by Defendant Stanford Kurland to Dismiss the Sixth Cause of Action)(Codell, David) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 72 | MOTION to Dismiss *Plaintiffs' Complaint*. Document filed by Ranjit Kripalani, Jennifer Sandefur. Responses due by 5/9/2011 Return Date set for 6/1/2011 at 11:59 PM.(Hamilton, Joshua) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 73 | MEMORANDUM OF LAW in Support re: 72 MOTION to Dismiss *Plaintiffs' Complaint.*. Document filed by Ranjit Kripalani, Jennifer Sandefur. (Hamilton, Joshua) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 74 | MOTION to Dismiss *The Complaint As Against Defendant David Sambol*. Document filed by David Sambol.(Tu, Michael) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 75 | DECLARATION of Frank M. Scaduto in Support re: 74 MOTION to Dismiss *The Complaint As Against Defendant David Sambol.*. Document filed by David Sambol. (Attachments: # 1 Exhibit A, # 2 Exhibit B Part 1, # 3 Exhibit B Part 2, # 4 Exhibit C Part 1, # 5 Exhibit C Part 2, # 6 Exhibit D Part 1, # 7 Exhibit D Part 2, # 8 Exhibit D Part 3, # 9 Exhibit D Part 4)(Tu, Michael) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 76 | DECLARATION of Hamilton in Support re: 72 MOTION to Dismiss *Plaintiffs' Complaint.*. Document filed by Ranjit Kripalani, Jennifer Sandefur. (Attachments: # 1 Exhibit A and B to Hamilton Declaration, # 2 Exhibit C (part 1) to Hamilton Declaration, # 3 Exhibit C (part 2) to Hamilton Declaration)(Hamilton, Joshua) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 77 | MEMORANDUM OF LAW in Support re: 74 MOTION to Dismiss *The Complaint As Against Defendant David Sambol.*. Document filed by David Sambol. (Tu, Michael) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 78 | MOTION to Dismiss *Plaintiffs' Complaint*. Document filed by David A. Spector.(Arutyunova, Zarema) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 79 | MEMORANDUM OF LAW in Support re: 78 MOTION to Dismiss *Plaintiffs' Complaint.*. Document filed by David A. Spector. (Arutyunova, Zarema) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 80 | CERTIFICATE OF SERVICE of Notice of Motion and Motion by Defendants Ranjit Kripalani and Jennifer S. Sandefur to Dismiss Plaintiffs' Complaint; Memorandum of Law in Support of Motion to Dismiss; Declaration of Joshua G. Hamilton in Support of Motion to Dismiss on 03/30/2011. Service was made by Mail. Document filed by Ranjit Kripalani, Jennifer Sandefur. (Hamilton, Joshua) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 81 | MOTION to Dismiss. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Countrywide Defendants' Motion to Dismiss)(Pastuszenski, Brian) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 82 | MOTION to Dismiss */ Notice Of Defendants Bank Of America Corporation, BAC Home Loans Servicing, L.P., And NB Holdings Corp. Motion To Dismiss The Second Amended Complaint*. Document filed by BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp..(Rosenberg, Jonathan) (Entered: 03/30/2011) |

| | | |
|---|---|---|
| 03/30/2011 | Ï 83 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 82 MOTION to Dismiss *Notice Of Defendants Bank Of America Corporation, BAC Home Loans Servicing, L.P., And NB Holdings Corp. Motion To Dismiss The Second Amended Complaint.*. Document filed by BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp.. (Rosenberg, Jonathan) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 84 | JOINDER to join re: 69 MOTION to Dismiss *NOTICE OF MOTION AND MOTION BY DEFENDANT STANFORD KURLAND TO DISMISS THE SIXTH CAUSE OF ACTION.*, 78 MOTION to Dismiss *Plaintiffs' Complaint.*, 81 MOTION to Dismiss.. Document filed by Eric Sieracki.(Gordon, Keara) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 85 | DECLARATION of Jonathan Rosenberg, Esq. in Support re: 82 MOTION to Dismiss *Notice Of Defendants Bank Of America Corporation, BAC Home Loans Servicing, L.P., And NB Holdings Corp. Motion To Dismiss The Second Amended Complaint.*. Document filed by BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Rosenberg, Jonathan) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 86 | DECLARATION of Keara M. Gordon in Support re: 84 Joinder,. Document filed by Eric Sieracki. (Attachments: # 1 Exhibit A)(Gordon, Keara) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 87 | DECLARATION of Inez H. Friedman−Boyce in Support re: 81 MOTION to Dismiss.. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G part 1 of 3, # 8 Exhibit G part 2 of 3, # 9 Exhibit G part 3 of 3, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z, # 29 Exhibit AA, # 30 Exhibit BB, # 31 Exhibit CC, # 32 Exhibit DD, # 33 Exhibit EE, # 34 Exhibit FF, # 35 Exhibit GG, # 36 Exhibit HH, # 37 Exhibit II, # 38 Exhibit JJ, # 39 Exhibit KK, # 40 Exhibit LL, # 41 Exhibit MM, # 42 Exhibit NN, # 43 Exhibit OO, # 44 Exhibit PP, # 45 Exhibit QQ, # 46 Exhibit RR, # 47 Exhibit SS, # 48 Exhibit TT, # 49 Exhibit UU, # 50 Exhibit VV, # 51 Exhibit WW, # 52 Exhibit XX, # 53 Exhibit YY, # 54 Exhibit ZZ, # 55 Exhibit AAA, # 56 Exhibit BBB, # 57 Exhibit CCC, # 58 Exhibit DDD, # 59 Exhibit EEE, # 60 Exhibit FFF, # 61 Exhibit GGG part 1 of 2, # 62 Exhibit GGG part 2 of 2, # 63 Exhibit HHH, # 64 Exhibit III, # 65 Exhibit JJJ, # 66 Exhibit KKK, # 67 Exhibit LLL, # 68 Exhibit MMM, # 69 Exhibit NNN, # 70 Exhibit OOO, # 71 Exhibit PPP part 1 of 3, # 72 Exhibit PPP part 2 of 3, # 73 Exhibit PPP part 3 of 3, # 74 Exhibit QQQ, # 75 Exhibit RRR, # 76 Exhibit SSS, # 77 Exhibit TTT, # 78 Exhibit UUU, # 79 Exhibit VVV, # 80 Exhibit WWW, # 81 Exhibit XXX, # 82 Exhibit YYY, # 83 Exhibit ZZZ, # 84 Exhibit AAAA, # 85 Exhibit BBBB part 1 of 2, # 86 Exhibit BBBB part 2 of 2, # 87 Exhibit CCCC, # 88 Exhibit DDDD, # 89 Exhibit EEEE, # 90 Exhibit FFFF, # 91 Exhibit GGGG, # 92 Exhibit HHHH, # 93 Exhibit IIII, # 94 Exhibit JJJJ, # 95 Exhibit KKKK)(Pastuszenski, Brian) (Entered: 03/30/2011) |
| 03/30/2011 | Ï 88 | MEMORANDUM OF LAW in Support re: 81 MOTION to Dismiss.. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: # 1 Appendix Appendices 1−7)(Pastuszenski, Brian) (Entered: 03/30/2011) |
| 03/30/2011 | Ï | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Ronald P. Fischetti to RE−FILE Document 67 MOTION to Dismiss *Plaintiffs' Complaint*. ERROR(S): Supporting documents must be filed separately, each receiving their own document number. ONLY re−file the Declaration in Support and link to 66 |

| | | |
|---|---|---|
| | | Motion. Declaration in Support of Motion is found under the event list Replies, Opposition and Supporting Documents. (ldi) (Entered: 03/31/2011) |
| 03/30/2011 | Ï | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Ronald P. Fischetti to RE–FILE Document 68 Memorandum of Law in Support of Motion. ERROR(S): Document linked to filing error. Re–File and link to 66 Motion. (ldi) (Entered: 03/31/2011) |
| 03/31/2011 | Ï 89 | DECLARATION of Ronald P. Fischetti in Support re: 66 MOTION to Dismiss *Plaintiffs' Complaint..* Document filed by Angelo Mozilo. (Attachments: # 1 Exhibit A to Fischetti Declaration, # 2 Exhibit B to Fischetti Declaration)(Fischetti, Ronald) (Entered: 03/31/2011) |
| 03/31/2011 | Ï 90 | MEMORANDUM OF LAW in Support re: 66 MOTION to Dismiss *Plaintiffs' Complaint. By Defendant Angelo Mozilo.* Document filed by Angelo Mozilo. (Fischetti, Ronald) (Entered: 03/31/2011) |
| 04/07/2011 | Ï 92 | AFFIDAVIT OF SERVICE of Summons and Complaint,,,,. All Defendants. Document filed by Allstate Insurance Company, Allstate Life Insurance Company of New York, American Heritage Life Insurance Company, Allstate Life Insurance Company. (Burnett, David) (Entered: 04/07/2011) |
| 04/07/2011 | Ï 93 | MOTION for Leiv Blad to Appear Pro Hac Vice. Document filed by David A. Spector.(tro) (Entered: 04/08/2011) |
| 04/12/2011 | Ï 94 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION, granting 93 Motion for Leiv Blad to Appear Pro Hac Vice as counsel for Defendant David A. Spector. (Signed by Judge Alvin K. Hellerstein on 4/12/2011) (lnl) (Entered: 04/12/2011) |
| 04/14/2011 | Ï | CASHIERS OFFICE REMARK on 93 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 04/07/2011, Receipt Number 3465. (jd) (Entered: 04/14/2011) |
| 04/14/2011 | Ï 95 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Brian E. Pastuszenski dated 4/12/2011 re: Requesting an adjournment of the Rule 16 Conference to a date after all pending motions to dismiss are decided. ENDORSEMENT: The case management conference is canceled, to be re–set after resolution of the pending motions to dismiss. (Signed by Judge Alvin K. Hellerstein on 4/13/2011) (jpo) (Entered: 04/14/2011) |
| 04/15/2011 | Ï 96 | NOTICE OF APPEARANCE by David Siegel on behalf of Angelo Mozilo (Siegel, David) (Entered: 04/15/2011) |
| 05/09/2011 | Ï 97 | MEMORANDUM OF LAW in Opposition re: 66 MOTION to Dismiss *Plaintiffs' Complaint.,* 74 MOTION to Dismiss *The Complaint As Against Defendant David Sambol.,* 82 MOTION to Dismiss */ Notice Of Defendants Bank Of America Corporation, BAC Home Loans Servicing, L.P., And NB Holdings Corp. Motion To Dismiss The Second Amended Complaint.,* 72 MOTION to Dismiss *Plaintiffs' Complaint.,* 69 MOTION to Dismiss *NOTICE OF MOTION AND MOTION BY DEFENDANT STANFORD KURLAND TO DISMISS THE SIXTH CAUSE OF ACTION.,* 78 MOTION to Dismiss *Plaintiffs' Complaint.,* 81 MOTION to Dismiss.. Document filed by Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, American Heritage Life Insurance Company. (Burnett, David) (Entered: 05/09/2011) |
| 05/09/2011 | Ï 98 | DECLARATION of David D. Burnett in Opposition re: 66 MOTION to Dismiss *Plaintiffs' Complaint.,* 74 MOTION to Dismiss *The Complaint As Against Defendant David Sambol.,* 82 MOTION to Dismiss */ Notice Of Defendants Bank Of America Corporation, BAC Home Loans Servicing, L.P., And NB Holdings Corp. Motion To Dismiss The Second Amended Complaint.,* 78 MOTION to Dismiss *Plaintiffs' Complaint.,* 81 MOTION to Dismiss.,* 72 MOTION to Dismiss *Plaintiffs' Complaint.,* 69 MOTION to Dismiss *NOTICE OF MOTION AND MOTION* |

| | | |
|---|---|---|
| | | *BY DEFENDANT STANFORD KURLAND TO DISMISS THE SIXTH CAUSE OF ACTION..* Document filed by Allstate Insurance Company, Allstate Life Insurance Company, Allstate Life Insurance Company of New York, American Heritage Life Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Burnett, David) (Entered: 05/09/2011) |
| 05/17/2011 | Ï 99 | NOTICE of Supplemental Authority in Support of Countrywide Defendants' Motion to Transfer Venue Under 28 U.S.C. §1404(a) re: 7 MOTION to Change Venue.. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: # 1 Exhibit A)(Pastuszenski, Brian) (Entered: 05/17/2011) |
| 05/24/2011 | Ï 100 | NOTICE of of Filing Papers with the Judicial Panel on Multidistrict Litigation. Document filed by Countrywide Financial Corp.. (Attachments: # 1 Attachment 1 – Motion to Transfer, # 2 Attachment 2 – Memorandum in Support, # 3 Attachment 3 – Oral Argument Statement, # 4 Attachment 4 – Appendix of Exhibits, # 5 Attachment 5 – Exhibits, # 6 Attachment 6 – Exhibits, # 7 Attachment 7 – Exhibits, # 8 Attachment 8 – Exhibits, # 9 Attachment 9 – Exhibits, # 10 Attachment 10 – Exhibits, # 11 Attachment 11 – Exhibits, # 12 Attachment 12 – Exhibits, # 13 Attachment 13 – Exhibits, # 14 Attachment 14 – Proof of Service)(Pastuszenski, Brian) (Entered: 05/24/2011) |
| 05/26/2011 | Ï 101 | ORDER: You are hereby notified that you are required to appear for an Oral Argument set for 6/14/2011 at 04:00 PM in Courtroom 14D, United States Courthouse of the Southern District of New York, 500 Pearl Street, New York, NY 10007 before Judge Alvin K. Hellerstein. It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel involving in this case and retaining verification of such in the case file. (Signed by Judge Alvin K. Hellerstein on 5/26/2011) (mbe) (Entered: 05/26/2011) |
| 06/01/2011 | Ï 102 | REPLY MEMORANDUM OF LAW in Support re: 66 MOTION to Dismiss *Plaintiffs' Complaint..* Document filed by Angelo Mozilo. (Fischetti, Ronald) (Entered: 06/01/2011) |
| 06/01/2011 | Ï 103 | REPLY MEMORANDUM OF LAW in Support re: 74 MOTION to Dismiss *The Complaint As Against Defendant David Sambol..* Document filed by David Sambol. (Tu, Michael) (Entered: 06/01/2011) |
| 06/01/2011 | Ï 104 | REPLY MEMORANDUM OF LAW in Support re: 69 MOTION to Dismiss *NOTICE OF MOTION AND MOTION BY DEFENDANT STANFORD KURLAND TO DISMISS THE SIXTH CAUSE OF ACTION..* Document filed by Stanford Kurland. (Codell, David) (Entered: 06/01/2011) |
| 06/01/2011 | Ï 105 | REPLY MEMORANDUM OF LAW in Support re: 78 MOTION to Dismiss *Plaintiffs' Complaint..* Document filed by David A. Spector. (Blad, Leiv) (Entered: 06/01/2011) |
| 06/01/2011 | Ï 106 | DECLARATION of Keara M. Gordon in Support re: 84 Joinder,. Document filed by Eric Sieracki. (Gordon, Keara) (Entered: 06/01/2011) |
| 06/01/2011 | Ï 107 | REPLY MEMORANDUM OF LAW in Support re: 72 MOTION to Dismiss *Plaintiffs' Complaint..* Document filed by Ranjit Kripalani, Jennifer Sandefur. (Hamilton, Joshua) (Entered: 06/01/2011) |
| 06/01/2011 | Ï 108 | DECLARATION of Peter Y. Cho in Support of Reply Memorandum in Support re: 72 MOTION to Dismiss *Plaintiffs' Complaint..* Document filed by Ranjit Kripalani, Jennifer Sandefur. (Attachments: # 1 Exhibit A)(Cho, Peter) (Entered: 06/01/2011) |
| 06/01/2011 | Ï 109 | FILING ERROR – DEFICIENT DOCKET ENTRY (SEE DOCUMENT #112) – SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: 82 MOTION to Dismiss |

| | | |
|---|---|---|
| | | */ Notice Of Defendants Bank Of America Corporation, BAC Home Loans Servicing, L.P., And NB Holdings Corp. Motion To Dismiss The Second Amended Complaint*. Document filed by BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp. (Attachments: #1 Declaration of Jonathan Rosenberg, Esq. in Further Support of Motion to Dismiss the Complaint, Part 1 of 2, #2 Declaration of Jonathan Rosenberg, Esq. in Further Support of Motion to Dismiss the Complaint, Part 2 of 2)(Rosenberg, Jonathan) Modified on 6/2/2011 (ldi). (Entered: 06/01/2011) |
| 06/01/2011 | Ï 110 | REPLY MEMORANDUM OF LAW in Support re: 81 MOTION to Dismiss.. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Pastuszenski, Brian) (Entered: 06/01/2011) |
| 06/01/2011 | Ï 111 | DECLARATION of Inez H. Friedman–Boyce, Esq. in Support re: 110 Reply Memorandum of Law in Support of Motion,. Document filed by N. Joshua Adler, CWabs, Inc., CWalt, Inc., CWheq, Inc., CWmbs, Inc., Countrywide Capital Markets, LLC, Countrywide Financial Corp., Countrywide Home Loans, Inc., Countrywide Securities Corp.. (Attachments: #1 Exhibit LLLL, #2 Exhibit MMMM, #3 Exhibit NNNN, #4 Exhibit OOOO, #5 Exhibit PPPP, #6 Exhibit QQQQ, #7 Exhibit RRRR)(Pastuszenski, Brian) (Entered: 06/01/2011) |
| 06/01/2011 | Ï 112 | REPLY MEMORANDUM OF LAW in Support re: 82 MOTION to Dismiss */ Notice Of Defendants Bank Of America Corporation, BAC Home Loans Servicing, L.P., And NB Holdings Corp. Motion To Dismiss The Second Amended Complaint*.. Document filed by BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp.. (Rosenberg, Jonathan) (Entered: 06/01/2011) |
| 06/01/2011 | Ï 113 | DECLARATION of Jonathan Rosenberg, Esq. in Further Support of Defendants Motion to Dismiss Complaint in Support re: 82 MOTION to Dismiss */ Notice Of Defendants Bank Of America Corporation, BAC Home Loans Servicing, L.P., And NB Holdings Corp. Motion To Dismiss The Second Amended Complaint*.. Document filed by BAC Home Loans Servicing, LP, Bank of America Corp., NB Holdings Corp.. (Attachments: #1 Jonathan Rosenberg, Esq. in Further Support of Defendants Motion to Dismiss Complaint, Part 2 of 2)(Rosenberg, Jonathan) (Entered: 06/01/2011) |
| 06/06/2011 | Ï 114 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Brian E. Pastuszenski dated 6/2/2011 re: request and adjournment of the oral argument on the defendants' pending motion to dismiss and motion to transfer to Thursday, 6/16/2011. ENDORSEMENT: So Ordered, 2:30 p.m. (Oral Argument set for 6/16/2011 at 02:30 PM before Judge Alvin K. Hellerstein.) (Signed by Judge Alvin K. Hellerstein on 6/3/2011) (jar) (Entered: 06/06/2011) |
| 06/07/2011 | Ï 115 | ENDORSED LETTER addressed to Judge Alvin K. Hellerstein from Brian E. Pastuszenski dated 6/3/2011 re: Counsel for the Countrywide Defendants writes to request a status conference to discuss deferring rulings on the motions before this Court pending a decision by the Judicial Panel on Multidistrict Litigation on Countrywide Financial Corporation's Motion to Centralize Securities Actions in the Central District of California Pursuant to 28 U.S.C. § 1407. ENDORSEMENT: The request for a status conference is denied. The pending motions will be entertained as scheduled or ruled on earlier as the Court's schedule may permit. (Signed by Judge Alvin K. Hellerstein on 6/7/2011) (ab) (Entered: 06/07/2011) |
| 06/14/2011 | Ï 116 | ORDER GRANTING MOTION TO TRANSFER CASE TO THE UNITED STATES COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA: The motion to transfer this case to the United States District Court for the Central District of California, Western Division, therefore is granted. The Clerk of Court in the Central District of California should consider referring the case to Judge Pfaelzer, for her decision whether or not to accept the case as related. The Clerk of this Court shall transfer the file of this case to the United States District Court for the Central District of California, Western Division; terminate all pending motions in this case; and mark the |

| | | |
|---|---|---|
| | | case closed. (Signed by Judge Alvin K. Hellerstein on 6/14/2011) (mbe) (Entered: 06/14/2011) |
| 06/14/2011 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – Central District of California. (tro) (Entered: 06/21/2011) |