UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 11-ML-2265-MRP (MANx) | Date | February 19, 2013 |
|---|---|---|---|
| Title | *In re Countrywide Fin. Corp. Mortg.-Backed Sec. Litig.*<br>*Allstate Ins. Co. v. Countrywide Fin. Corp.*, 11-CV-5236<br>*Bank Hapoalim, B.M. v. Bank of America Corp.*, 12-CV-4316<br>*Fed. Deposit Ins. Corp. as Receiver for United W. Bank v. Countrywide Fin. Corp.*, 11-CV-10400<br>*Mass. Mut. Life Ins. Co. v. Countrywide Fin. Corp.*, 11-CV-10414<br>*Minn. Life Ins. Co. v. Countrywide Fin. Corp.*, 12-CV-6149<br>*Nat'l Integrity Life Ins. Co. v. Countrywide Fin. Corp.*, 11-CV-9889<br>*Principal Life Ins. Co. v. Countrywide Fin. Corp.*, 12-CV-4317 | | |

| Present: The Honorable | **MARIANA R. PFAELZER** | |
|---|---|---|
| Cynthia Salyer | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**          **(In Chambers)**

## ORDER RE: SCHEDULING AND STATUS CONFERENCE

The Court has concluded that the formal commencement of discovery in these cases is appropriate. The parties in the above-captioned cases are ORDERED to submit proposed schedules that will include, at a minimum, deadlines for discovery cut-off, and for summary judgment motions, if any. The proposed schedules shall be filed on or before March 5, 2013.

The parties are further ORDERED to appear in person for a status conference on March 11, 2013 at 11:00 A.M.

IT IS SO ORDERED.